Kennita L. Watson
klwatsonmanagement@gmail.com
3790 El Camino Real #270
Palo Alto, California 94306
Telephone: (650) 204-1446

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

IDUN WILLIAM WISER,

Debtor.

Case No. 15-30628-HLB

Chapter 7

**DECLARATION OF KENNITA L. WATSON IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

Date: TBD
Time: 1:00 p.m.
Place: Courtroom 23
235 Pine St, 23rd Floor
San Francisco, CA
Judge: Hon. Hannah L. Blumenstiel

I, Kennita L. Watson, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could testify thereto.

2. I am the prior owner of the real property located at and commonly known as 4021 Fair Oaks Avenue, Menlo Park, California 94025 (the "Property").

3. On December 23, 2014, I transferred the Property to Mahmood Azad by grant deed. Prior to that time, I had not knowingly transferred the Property in whole or in part to any other person. Specifically, I never knowingly transferred any part of my interest in the Property to debtor Idun William Wiser, and I never received any compensation or consideration for such a purported transfer. A true and correct copy of the recorded grant deed to Mahmood Azad is

attached hereto as <u>Exhibit A</u>.

4. Debtor has falsely claimed in previous litigation that I transferred the Property to him by unrecorded grant deed, dated March 10, 2009. I never consented to the transfer of my interest in the Property to debtor and never received any consideration for such a purported transfer. Any deed, including <u>Exhibit B</u>, is either forged or was procured by undue influence and fraud.

5. In essence, as my self-proclaimed "conservator" (and boyfriend), Mr. Wiser had sufficient power and influence over me that he could, and often would, order me to sign legal documents, deny me copies of anything I signed, and make me do anything he wanted. I could not deny him. If I did not comply with his requests, he would ceaselessly harass and bother me until I relented, and my severe disability did not allow me to physically or psychologically escape. I live in significant fear of being alone in the presence of debtor.

6. I am permanently disabled and suffer from severe multiple sclerosis, and debtor and his mother have repeatedly over the past 15 years taken financial advantage of me, rising to the level of elder abuse. I have received permanent and temporary elder-abuse restraining orders for debtor and his mother. These events are more fully detailed in my emergency application for stay relief set for hearing on July 8, 2015 and my current Santa Clara Elder Abuse cases against them.

7. At all times, Mr. Azad was informed by me that I was the sole owner of the Property and that I was the sole title holder. In fact, I sent Mr. Azad the email attached hereto as <u>Exhibit C</u>. The signed statement I made in <u>Exhibit C</u> was true at the time I made it and remains true to this day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration is executed on July 3, 2015, at San Jose, California.

/s/ Kennita L. Watson
Kennita L. Watson

# EXHIBIT A

RECORDING REQUESTED BY
First American Title Company

AND WHEN RECORDED MAIL DOCUMENT TO:
Mahmood Azad
1743 Beach Park Blvd.
Foster City, CA 94404

2015-001417
1:36 pm 01/07/15 DE Fee: 18.00
Count of Pages 2 UN
Recorded in Official Records
County of San Mateo
Mark Church
Assessor-County Clerk-Recorder



*R0001959701*

Space Above This Line for Recorder's Use Only

A.P.N.: 060-131-260

File No.: 4101-4784461 (mat)

# GRANT DEED

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX $684.20; CITY TRANSFER TAX $;
SURVEY MONUMENT FEE $

[   ] computed on the consideration or full value of property conveyed, OR
[ X ] computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,
[ X ] unincorporated area; [ X ] City of ~~Menlo Park~~, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **Kennita Watson, an unmarried woman**

hereby GRANTS to **Mahmood Azad, a married man as his sole and separate property**

the following described property in the unincorporated area of the County of **San Mateo**, State of **California**:

**THE SOUTHWESTERLY 100 FEET, RIGHT ANGLE MEASUREMENTS OF LOTS 21 AND 22 IN BLOCK 42, AS SHOWN ON THAT CERTAIN MAP ENTITLED "NORTH FAIR OAKS (SUBDIVISION NO. 3) SAN MATEO COUNTY, CALIFORNIA", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY, STATE OF CALIFORNIA, ON APRIL 20, 1908 IN BOOK 6 OF MAPS AT PAGE 7.**

Mail Tax Statements To: SAME AS ABOVE

Grant Deed - continued

Date: **12/22/2014**

A.P.N.: 060-131-260

File No.: 4101-4784461 (mat)

Dated: **December 22, 2014**

_____
Kennita Watson

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF __Ohio__ )SS
COUNTY OF __Cuyahoga__ )

On __December 23, 2014__, before me, __Justin McCrone__, Notary Public, personally appeared __Kennita Watson__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

**JUSTIN MCCRONE**
NOTARY PUBLIC
FOR THE
STATE OF OHIO
My Commission Expires
March 3, 2019

*This area for official notarial seal*

# EXHIBIT B

Recording Requested By:
**Kennita L. Watson**

When Recorded Mail to:
I William Wiser
3790 El Camino Real, #~~249~~ IWW #369
Palo Alto, CA 94306

TITLE ORDER NUMBER

ESCROW NUMBER

## GRANT DEED

The undersigned grantor declares
Documentary transfer tax is:

_____C_____

[ ] computed on value of property conveyed
    less value of encumbrances remaining at time of sale
[ ] Unincorporated Area of Menlo Park, California

Kennita L. Watson, the undersigned Grantor declared for a valuable consideration, receipt of which is hereby acknowledged, Kennita L. Watson hereby GRANTS to I William Wiser, a single man, the following described real property in the unincorporated area of Menlo Park, County of San Mateo, State of California,
With the street address of: 4021 Fair Oaks Avenue
SW1/4 100 ft of Lots 21+22 BLK 42 North Fair Oaks No 5 RSM 6/7

See attached Exhibit "A"

APN: 060-131-260

DATED: March 10, 2009

STATE OF CALIFORNIA
COUNTY OF SANTA CLARA } ss

On March 10th, 2009, before me, Sudha J Patel, notary, personally appeared Kennita L. Watson, who proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that She executed the same in her authorized capacity, and that her signature on the instrument the person, or the entity upon behalf of which person acted, executed the Instrument

EXPIRATION: March 18th, 2011

Signature of Notary   Sudha J Patel

Exhibit "B"
Bpg composito


SUDHA J. PATEL
Commission No 1732247
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires March 18, 2011

# EXHIBIT C

Case: 15-30628    Doc# 42    Filed: 07/06/15    Entered: 07/06/15 15:19:32    Page 8 of 9

# Gmail

Kevin McCrone <mccronenotary@gmail.com>

## FW: Sound Mind and Free Will Statement (2 of 2 e-mails for Kennita Watson)
1 message

**Trujillo, Mary Ann** <matrujillo@firstam.com>  Mon, Dec 22, 2014 at 2:20 PM
To: "mccronenotary@gmail.com" <mccronenotary@gmail.com>
Cc: "edocs@initialhere.com" <edocs@initialhere.com>

Please print this page, as requested by Ms. Watson to be signed with the sellers instructions. Thank you.

**From:** Kennita Watson [mailto:kennita@kennita.com]
**Sent:** Monday, December 22, 2014 11:02 AM
**To:** Trujillo, Mary Ann
**Cc:** Mark L.
**Subject:** Sound Mind and Free Will Statement

On Monday, December 22, 2014, I, Kennita Watson, will be willingly signing papers for the sale of 4021 Fair Oaks, Menlo Park, which to my knowledge is entirely in my name. I hope to invest the net proceeds, save any needed for legal, sale staging, or structural repair or other related necessary expenses, in an interest bearing living trust, to make life a little safer and easier after my disability payments end.

Since I moved out of 4021 Fair Oaks, the house has been used as a Sober Living Environment. I understand the tenants' rents have been covering my mortgage. Upon suggestion of friends and family, I have made multiple visits, with my family, to attorneys in Ohio to advise me these matters. I am signing these contracts of my own free will.

Sworn on 12/22/14

Kennita L. Watson